FILED

SEP 1 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  THOMAS S. BRIGHAM (SBN #44899)
   BROOKE A . BRIGHAM (SBN #191263)
2  441 N. State Street
   Post Office Box 358
3  Ukiah, California 95482
   e-mail: tsbrigham@sbcglobal.net
4  Telephone: (707) 462-9292
   Facsimile: (707) 467-2492

Attorneys for Plaintiff
STEPHEN NORRIS, as Executor for the Estate of Edward Norris

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN NORRIS, as Executor for the Estate of Edward Norris, )
)
Plaintiff, )
)   Case No. C 05-2854-MHP
vs. )
)   REMAND ORDER
)   (28 U.S.C. §1447(c))
HAROLD ROSS, and All Person Unknown, )
Claiming Any Legal or Equitable Right, Title, )
Estate, Lien, or Interest in the Property Described )
in the Complaint Adverse to Plaintiff's Title, or )
Any Cloud on Plaintiff's Title Thereto, )
WASHINGTON MUTUAL BANK and DOES 1 )
through 50 inclusive, )
)
Defendants. )

The parties to this action agree and stipulate that this mater be remanded to the Court from which it was removed, the Superior Court of the State of California, County of Mendocino.

The parties further agree and stipulate that Plaintiff will withdraw his claim for costs incurred in bringing his motion to remand without prejudice.

E-filing

1  IT IS THEREFORE ORDERED that this cause is REMANDED to the Superior Court of
2  California, County of Mendocino. The Clerk of this Court is directed to prepare a certified copy of
3  this Order and mail it to the Clerk of the Superior Court of California, County of Mendocino.
4
5
6  Dated: 9/14/05                              _____
                                                UNITED STATES DISTRICT JUDGE
7
8
9
10
11 APPROVED AS TO FORM AND CONTENT:    /S/_____
                                        THOMAS N. THOMSON
12                                      Attorney for Defendant Harold Ross
13
14 SIGNATURE ATTESTATION:
15    I hereby attest that I have on file all holograph signatures for any signatures indicated by a
16 "conformed" signature (/S/) within this efiled document.